Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) | In Proceedings Under Chapter 13 |
|---|---|---|
| | ) | |
| MICHAEL ESCARCEGA | ) | Case No. 4:09-bk-16064-JMM |
| JENNIFER ESCARCEGA | ) | |
| | ) | OBJECTION TO PROOF OF |
| Debtors. | ) | CLAIM NO. 13 AND NOTICE |
| | ) | THEREON |

Debtors, MICHAEL ESCARCEGA and JENNIFER ESCARCEGA, by and through counsel undersigned, hereby file this Objection to Proof of Claim No. 13, as follows:

1. On October 5, 2009, Capital One Bank filed a Proof of Claim in the amount of $13,929.20.

2. The claim is not adequately documented. An itemization of all fees and costs should be provided.

Debtors respectfully request that this claim be disallowed as recommended above unless on or before 15 days from the mailing of this objection the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the Debtor AND receives a withdrawal of objection; OR

2. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Bankruptcy Court, and mails a copy thereof to Debtor's counsel at 2 E. Congress Street, Suite 900, Tucson, AZ 85701.

DATED this 5th day of October, 2009.

                                            LAW OFFICE OF KATHRYN L. JOHNSON

                                            By: /s/ Kathryn L. Johnson
                                                  Kathryn L. Johnson
                                                  Attorney for Debtors

| | |
|---|---|
| 1 | |
| 2 | Copy of the foregoing mailed this 5th day of October, 2009 to: |
| 3 | Capital One Bank<br>c/o TSYS Debt Management |
| 4 | P.O. Box 5155<br>Norcross, GA 30091 |
| 5 | |
| 6 | Dianne C. Kerns, Trustee<br>7320 N. La Cholla, #154-413<br>Tucson, AZ 85741 |
| 7 | |
| 8 | /s/ Kathryn L. Johnson |