BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
Terri A. Roberts
Troy E. Larkin
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Arizona State Bar No. 012862
Arizona State Bar No. 024449
Attorney for Creditor Pima County

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA (TUCSON)**

| | |
|---|---|
| IN RE: | No.: 4-09-bk-16064-JMM |
| MICHAEL ESCARCEGA and JENNIFER ESCARCEGA, | **OBJECTION TO CONFIRMATION OF DEBTORS' AMENDED CHAPTER 13 PLAN** |
| Debtors. | CHAPTER 13 |

Secured Creditor Pima County, by and through undersigned counsel, objects to confirmation of Debtors' proposed Amended Chapter 13 Plan on the following grounds:

Pima County is a secured creditor in this bankruptcy with timely filed claims for real property taxes for the second half of 2008 ($1,309.42) and 2009 ($2,622.99) on parcel 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 (7680 S. Pacific Willow Drive). These claims remain unpaid and totaled $3,932.41 as of the date of the Debtors' petition. Debtors' Amended Plan provides for the payment of these secured claims plus interest at the statutory rate of 16% per annum prorated monthly pursuant to A.R.S. § 42-18053.

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750

1   Pima County also objects to the value of the collateral as listed by Debtors.

2   Debtors list the collateral's value at $214,000 even though the Pima County Assessor

3   determined the value to be $257,586 for tax year 2009 (see attached Residential Notice of

4

5   Value).   The Debtors did not appeal the valuation and the time for appeal of this

6   valuation has expired. *See* 11 U.S.C. § 505 (a)(2)(C).   Therefore, Pima County requests

7   the collateral's value reflect the valuation established by the Pima County Assessor's

8   Office.

9

10   Pima County requests that the Court deny confirmation of Debtors'

11   Amended Plan until such time as it is amended as set forth above.   Further, Pima County

12   requests that Debtors be required to timely pay any Pima County taxes which may

13   become due during the Plan period.

14

15   RESPECTFULLY SUBMITTED this 5ᵗʰ day of March 2010.

16   BARBARA LAWALL
     PIMA COUNTY ATTORNEY
17

18

19

20   Troy E. Larkin
     Deputy County Attorney
21

22

23

24

25

26

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750

| | |
|---|---|
| 1 | Copy of the foregoing mailed this |
| | _5th_ day of March 2010 |
| 2 | |
| 3 | Kathryn L. Johnson |
| | LAW OFFICE OF KATHRYN L. JOHNSON |
| 4 | 2 E. Congress St., Ste. 900 |
| | Tucson, AZ 85701 |
| 5 | Attorney for Debtors |
| 6 | |
| | Dianne C. Kerns |
| 7 | 7320 N La Cholla #154 PMB 413 |
| | Tucson, AZ 85741-2305 |
| 8 | Ch. 13 Trustee |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

     

**Bill Staples**
Pima County Assessor
115 N Church Ave
Tucson AZ 85701-1199
www.asr.co.pima.az.us

RESIDENTIAL NOTICE OF VALUE
2009



THIS IS NOT A TAXBILL

ESCARCEGA MICHAEL E & JENNIFER L CP/RS

7680 S PACIFIC WILLOW DR

TUCSON AZ

85747-9505

ATTENTION
This is the reformatted Notice of Valuation that in
prior years was a 4 X 6 postcard.
**PLEASE DO NOT DISREGARD**
**THIS IS AN OFFICIAL NOTICE OF VALUE**

**APPEAL INSTRUCTIONS:** If you believe that this property has been improperly valued or erroneously listed, you may petition the Assessor for review within 60 days of the NOTICE DATE. A "Residential Petition for Review of Value" ( form DOR 82130R) may be obtained from the Assessor's Office or downloaded from our website.

Petitions for review must be filed with the Assessor's Office by the APPEAL DEADLINE printed below.

| | TAX YEAR: | NOTICE DATE | APPEAL DEADLINE |
|---|---|---|---|
| **PARCEL ID:  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** | **2009** | | |

| | **2008 VALUATION** | | | | **2009 VALUATION** | | | |
|---|---|---|---|---|---|---|---|---|
| | LEGAL CLASS | VALUE | ASMT RATIO | ASSESSED VALUE | LEGAL CLASS | VALUE | ASMT RATIO | ASSESSED VALUE |
| TOTAL FCV | 3 | 267,302 | 10.0 | 26,730 | 3 | 257,586 | 10.0 | 25,758 |
| LIMITED VALUE | 3 | 207,689 | 10.0 | 20,769 | 3 | 228,458 | 10.0 | 22,846 |

Description:     DESERT WILLOWS ESTATES LOT 14

Property located in **PIMA COUNTY COUNTY (10)**

Property Address:  7680 S PACIFIC WILLOW DR

Use Code: **0131-SFR GRADE 010-3 URBAN SUBDIVIDED**              Area ID: **Ed 19- 956081-20-3**

**This property is classified as owner occupied residential (legal class 3). If this property is being used as a rental unit, the owner must notify the County Assessor of the rental use. Failure to do so may result in a civil penalty.**

Pursuant to AZ Revised Statutes (A.R.S.) 42-15103:

- •? If you own a parcel of property that is used for residential purposes, that parcel must be listed on the notice of value as legal class four. If your rental residential property is not listed you must register the property with the County Assessor pursuant to section 33-1902 or you may be subject to a penalty. Out-of-State owners are required to assign a statutory agent who resides in Arizona and will accept legal documentation on behalf of the owner.

- •? If you do not register the rental property with the County Assessor after you receive this notice, the city or town in which your property is located may impose a civil penalty payable to the city or town in the amount of one hundred fifty dollars per pay for each day of violation, and the city or town may impose enhanced inspection and enforcement measures on the property.

- •? Many Arizona cities and towns impose a municipal privilege tax on persons engaged in the business of leasing or renting residential real property. If the city or town in which your rental property is located taxes residential rentals, your failure to pay the tax could result in a penalty or fine by the city or town. See Model City Tax Code Section 445 and applicable model option pages to determine whether you are subject to the tax and must be licensed by the city or town in which your rental property is located. The website for the Model City Tax Code is www.modelcitytaxcode.org <http://www.modelcitytaxcode.org>

- •? Residential rental properties are also required to comply with the landlord tenant law pursuant to Title 33, Chapters 10 and 11.