Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Case no: 4:09-bk-16064-JMM |
|---|---|
| MICHAEL ESCARCEGA, JENNIFER ESCARCEGA, | Chapter 13 Proceeding |
| Debtors. | OBJECTION TO PAYMENT CHANGE FOR MORTGAGE (CONDUIT CASE) |

Debtors, MICHAEL ESCARCEGA and JENNIFER ESCARCEGA, by and through counsel undersigned, hereby object to the payment change requested by GMAC Mortgage, pursuant to Proof of Claim No. 12, as follows:

1. On October 1, 2010, Debtors' mortgage company, GMAC Mortgage, submitted a Notice of Monthly Mortgage Payment Change. The change was allegedly supported by an escrow analysis showing an escrow shortage amount of $4,447.89.

2. On October 22, 2010, the Chapter 13 Trustee served a Notice of Mortgage Payment Change on Debtors.

3. Since that time, counsel undersigned has been attempting to obtain an explanation from GMAC regarding the reason for the payment change and the purported escrow shortage.

4. After several requests for explanation, on November 10, 2010, counsel for GMAC Mortgage advised counsel undersigned that GMAC Mortgage paid 2009 property taxes to Pima County, this despite the fact that the Chapter 13 Plan confirmed in this matter pays those property taxes through the Plan. See Stipulated Order Confirming Plan dated September 15, 2010, page 3:

"B.  **CLAIMS SECURED BY REAL PROPERTY**.

    GMAC Mortgage will receive $2,779.54 for pre-petition arrears on the property located at 7680 S. Pacific Willow Drive, Tucson, AZ 85747 through the life of the plan pursuant to their proof of claim filed September 11, 2009. The Chapter 13 trustee will also make the regular post-petition monthly mortgage payments to GMAC Mortgage in the amount of $1,152.22 per month on the property located at 7680 S. Pacific Willow Drive, Tucson, AZ 85747.

. . .

*Pima County has filed a claim in the amount of $2,622.99 for the 2009 property taxes on the property located at 7680 S. Pacific Willow Drive, Tucson, AZ 85747. Therefore, Pima County will be paid $2,622.99 at 16% interest over the life of the Plan for the 2009 property taxes.*

Pima County has filed a claim in the amount of $1,309.42 for the 2008 property taxes on the property located at 7680 S. Pacific Willow Drive, Tucson, AZ 85747. Therefore Pima County will be paid $1,309.42 at 16% interest over the life of the Plan for 2008 property taxes...." (see attached)

5.     GMAC Mortgage is now trying to recover from the Debtors that tax payment, which was improperly made.

6.     The Chapter 13 Trustee has already paid some sums to Pima County pursuant to the terms of the confirmed Plan.

7.     Either GMAC Mortgage needs to seek reimbursement from Pima County for the erroneous payment, or Pima County must not be paid through the Plan. The simpler solution would be for GMAC Mortgage to seek reimbursement from Pima County instead of requiring Debtors to amend their Plan due to GMAC's mistake.

8.     Based on the foregoing, the Mortgage Payment Change should <u>not</u> be made until the issue is resolved.

DATED this 11th day of November, 2010.

                      LAW OFFICE OF KATHRYN L. JOHNSON

                      By: /s/ Kathryn L. Johnson
                          Kathryn L. Johnson
                          Attorney for Debtors

| | |
|---|---|
| 1 | Copy of the foregoing mailed<br>this 11th day of November 2010 to |
| 2 | |
| 3 | Dianne C. Kerns, Trustee<br>7320 N. La Cholla, #154-413<br>Tucson, AZ 85741 |
| 4 | |
| 5 | Kyle Shelton<br>Pite Duncan LLP |
| 6 | 4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177 |
| 7 | |
| 8 | Wendy Peterson<br>Pima County Attorney's Office |
| 9 | 32 N. Stone, Suite 2100<br>Tucson, AZ 85701 |
| 10 | Michael Escarcega<br>Jennifer Escarcega |
| 11 | 7680 S. Pacific Willow Drive<br>Tucson, Arizona 85747 |
| 12 | /s/ Beth. Lehane |

# ATTACHMENT


Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In Re:

MICHAEL ESCARCEGA,
JENNIFER ESCARCEGA,

Debtors.

In Proceedings Under Chapter 13

Case No. 4:09-bk-16064-JMM

STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN AND APPROVAL OF ATTORNEYS FEES

The Plan having been properly noticed out to creditors and no objections having been filed,

IT IS ORDERED Confirming the Plan of Debtor as follows:

1. **INCOME SUBMITTED TO THE PLAN:** Debtor shall submit the following amounts of future income to the Trustee for distribution under the Plan.

   A. **FUTURE EARNINGS OR INCOME:**

   Debtor shall make the following monthly Plan Payments:

   | MONTHS | PAYMENTS |
   |--------|----------|
   | 1-6    | $3,560.33 starting 8/09 |
   | 7-8    | $3,342.24 starting 2/10 |

A. ADMINISTRATIVE EXPENSES.

The Trustee shall receive such percentage fee of Plan payments as may periodically be fixed by the Attorney General pursuant to 28 U.S.C. §586(e), but not to exceed 10%.

Attorney Fees:

The Debtor's counsel will be paid an administrative expense of $2,000.00 from the Trustee prior to any other claims being paid.

B. CLAIMS SECURED BY REAL PROPERTY.

GMAC Mortgage will receive $2,779.54 for pre-petition arrears on the property located at 7680 S. Pacific Willow Drive, Tucson, AZ 85747 through the life of the plan pursuant to their proof of claim filed September 11, 2009. The Chapter 13 trustee will also make the regular post-petition monthly mortgage payments to GMAC Mortgage in the amount of $1,152.22 per month on the property located at 7680 S. Pacific Willow Drive, Tucson, AZ 85747.

E-Trade held a Home Equity Line of Credit on the property located at 7680 S. Pacific Willow Drive, Tucson, AZ 85747. On July 22, 2009, Debtors opened an adversary case in order to determine the validity of the lien. E-Trade has since stipulated to the avoidance of E-Trade's second deed of trust on the property located at 7680 S. Pacific Willow Drive, contingent upon the completion of the Chapter 13 case.

Pima County has filed a claim in the amount of $2,622.99 for the 2009 property taxes on the property located at 7680 S. Pacific Willow Drive, Tucson, AZ 85747. Therefore, Pima County will be paid $2,622.99  at 16% interest over the life of the Plan for the 2009 property taxes.

Pima County has filed a claim in the amount of $1,309.42 for the 2008 property taxes on the property located at 7680 S. Pacific Willow Drive, Tucson, AZ 85747. Therefore Pima County will be paid $1,309.42

at 16% interest over the life of the Plan for 2008 property taxes.

Pima County has objected to the Chapter 13 Plan due to the valuation used in the Plan on the property. This valuation was solely for the purpose of the bankruptcy and in no way objecting to the valuation the assessor's office has used for the tax valuation. The valuation was taken from the average comparable houses around the Debtors' property and valuations from Zillow.com and Cyberhomes.com. Pima County hereby agrees by signature below that they agree to their treatment in this Plan and will not object further to the confirmation.

C. CLAIMS SECURED BY PERSONAL PROPERTY.

Compass Bank, secured by a 2008 Dodge Ram Truck, filed a proof of claim in the amount of $42,111.75 for their secured portion of the loan on 7/24/09. Compass Bank, having not filed an objection to the Plan shall be paid pro rata as a secured creditor in the amount of $42,111.75 at a rate of 6% pursuant to the Plan. If claim is paid in full prior to plan completion, creditor shall release its security interest in the property described above. Compass Bank shall receive adequate protection payments in the amount of $434.34 per month beginning with the first monthly payment due under the Plan. Adequate protection payments shall cease when Compass Bank begins receiving regular disbursements under the Plan.

USAA Savings Bank, secured by a 2006 Nissan Maxima, filed a proof of claim in the amount of $18,052.84 for their secured portion of the loan on 8/24/09. USAA Savings Bank, having not filed an objection to the Plan shall be paid pro rata as a secured creditor in the amount of $18,052.84 at a rate of 6% pursuant to the Plan. If claim is paid in full prior to plan completion, creditor shall release its security interest in the property described above. USAA Savings Bank shall receive adequate