# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | MICHAEL & JENNIFER ESCARCEGA |
| **Case Number:** | 4:09-BK-16064-JMM    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 25, 2011 11:30 AM   COURTROOM 329 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | BEVERLY GRANILLO |

## *Matter:*

CONTINUED HEARING RE DEBTORS' OBJECTION TO PAYMENT CHANGE FOR MORTGAGE (CONT. FROM 12/6/10)

**R / M #:**   52 / 0

## *Appearances:*

CRAIG MORRIS, ATTY FOR DIANNE C. KERNS, TRUSTEE, APPEARING BY PHONE
KATHRYN L JOHNSON, ATTORNEY FOR JENNIFER ESCARCEGA, MICHAEL ESCARCEGA

## *Proceedings:*

MS. JOHNSON STATES SHE SPOKE TO MR. SHELTON, COUNSEL FOR GMAC, AND SHE NOW HAS THE NEW MORTGAGE AMOUNTS. SHE RENDERS AN UPDATE, AND FEELS THE MATTER HAS BEEN SETTLED.

COURT: IT APPEARS THIS MATTER IS RESOLVED. IT CAN BE RE-SET IF NECESSARY.